# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

EDWARD M. PARKER,

    Petitioner,

vs.

ROBERT BAYER, et al.,

    Respondents.

Case No. 3:98-cv-00723-LRH-VPC

**ORDER**

IT IS HEREBY ORDERED that respondents' motion for substitution of respondent (#55) is **GRANTED**. The clerk of the court shall substitute Adam Paul Laxalt for Frankie Sue Del Papa as a respondent.

DATED this 11th day of May, 2015.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE